Si Garrett, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

82 So.2d 270

**Milton ESPEY**

v.

**STATE.**

**6 Div. 82.**

Court of Appeals of Alabama.

April 26, 1955.

Rehearing Denied June 30, 1955.

Appeal from Circuit Court, Tuscaloosa County; Reuben H. Wright, Judge.

PRICE, Judge.

Affirmed.

Certiorari denied, 263 Ala. 207, 82 So.2d 270.

93 So.2d 812

**Hassel HENDERSON**

v.

**STATE.**

**6 Div. 374.**

Court of Appeals of Alabama.

Nov. 20, 1956.

Rehearing Denied Jan. 15, 1957.

Matt Murphy, Jr., Birmingham, for appellant.

John Patterson, Atty. Gen., and Edmon L. Rinehart, Asst. Atty. Gen., for the State.

PRICE, Judge.

Affirmed.

93 So.2d 813

**Woodrow HENDRIX**

v.

**STATE.**

**8 Div. 748.**

Court of Appeals of Alabama.

Jan. 15, 1957.

R. L. Almon, Moulton, for appellant.

John Patterson, Atty. Gen., and Edmon L. Rinehart, Asst. Atty. Gen., for the State.

CATES, Judge.

Reversed and remanded on authority of Corbett v. State, ante, p. 536, 91 So.2d 503.

93 So.2d 813

**Roy HULON, alias Huling**

v.

**STATE.**

**8 Div. 872.**

Court of Appeals of Alabama.

March 5, 1957.

H. T. Foster, Scottsboro, for appellant.